1  Kabateck Brown Kellner LLP
   Christine Hoang
2  350 South Grand Avenue
3  39th Floor
   Los Angeles, CA 90071-3801
4
   Attorneys for Plaintiffs,
5  Patricia Barlow and Lena Boswell

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 _____ )
                                        )
13 IN RE: BEXTRA AND CELEBREX          )   MDL NO. 1699
   MARKETING SALES PRACTICES AND       )   District Judge: Charles R. Breyer
14 PRODUCT LIABILITY LITIGATION        )
                                        )
15 _____ )
   This document relates to:            )
16                                       )   STIPULATION AND ORDER OF
   Patricia Barlow      06-1964 CRB     )   DISMISSAL WITHOUT PREJUDICE
17 Lena Bowell          06-1964 CRB     )
                                        )
18                                       )
                                        )
19 _____ )

20
        Come now the above-captioned Plaintiffs and Defendants, by and through the
21
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
   stipulate to the dismissal of this action without prejudice with each side bearing its own
23
   attorneys' fees and costs.
24
        Should Plaintiffs or a representative of Plaintiffs attempt to re-file claim against
25
   Defendants, they should do so only by re-filing in the United States District Court.
26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

DATED: 12/8, 2006.

By: /s/ Christine Hoang
Christine Hoang
Attorneys for Plaintiffs,
Patricia Barlow and Lena Bowell

DATED: Dec 11, 2006.   GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 12, 2006

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

PFZR/1035934/1114858v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE