IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Diane Vanhoy, 06-1964 CRB _____/ | CASE NO. 05-1699 CRB MDL No. 1699 CRB **ORDER CONDITIONALLY VACATING DISMISSAL** |

Now pending before the Court is the motion of plaintiff Diane Vanhoy to vacate the Court's January 12, 2007 dismissal of her claims with prejudice. After carefully considering plaintiff's pleadings and her explanation for her failure to comply with the orders of the Court, the Court concludes that oral argument is unnecessary and that plaintiff has shown good cause for vacating the dismissal. Accordingly, plaintiff's motion to vacate the dismissal is GRANTED *on the condition that plaintiff provide defendants with the fact sheets and authorizations required by Pretrial Order No. 6 within 30 days of the date of this Order.* Plaintiff is warned that her failure to comply with this condition may lead to dismissal of her action with prejudice.

**IT IS SO ORDERED.**

Dated: March 29, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreVanhoy.wpd

G:\CRBALL\2005\1699\ordersmisc\orderreVanhoy.wpd