**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITigation | ) **MDL CASE NO.: 05-CV-1699** ) ) ) |
| BARLOW, et al., | ) **CASE NO. CGC-06-449081** ) **MDL Case No. 06-1964 CRB** |
| Plaintiffs, | ) **STIPULATION AND ORDER OF** ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) **AS TO PLAINTIFF LAXMI SIVA** ) |
| PFIZER, INC., et al. | ) ) |
| Defendants. | ) ) ) |

COME NOW, Plaintiff LAXMI SIVA and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO PLAINTIFF LAXMI SIVA**

hereby stipulate to the dismissal of Plaintiff LAXMI SIVA from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 24, 2009      **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff LAXMI SIVA

Dated:      October 27, 2009      **DLA PIPER LLP**

By:      /S/
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:      OCT 2 9 2009

Honorable Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF LAXMI SIVA**