**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) **MDL CASE NO.: 05-CV-1699** <br>) <br>) <br>) |
| | |
| BARLOW, et al., | ) **CASE NO. CGC-06-449081** <br>) **MDL Case No. 06-1964 CRB** |
| Plaintiffs, | ) **STIPULATION AND ORDER OF** <br>) **DISMISSAL WITH PREJUDICE** |
| vs. | ) **AS TO PLAINTIFF DIANE VANHOY** |
| PFIZER, INC., et al. | ) |
| Defendants. | ) |

COME NOW, Plaintiff DIANE VANHOY and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO PLAINTIFF DIANE VANHOY**

Kabateck Brown Kellner, LLP
644 South Figueroa Street
Los Angeles, California 90017
(213) 217-5000
FAX (213) 217-5010

1  hereby stipulate to the dismissal of Plaintiff DIANE VANHOY from this action, with prejudice,

2  each side bearing its own attorney's fees and costs.

3

4  Respectfully submitted,

5

6  Dated: September 2\ 2009    **KABATECK BROWN KELLNER LLP**

7

8  By: _____

9  Brian S. Kabateck, Esq.
   Attorneys for Plaintiff DIANE VANHOY

10

11  Dated:    October 27 , 2009    **DLA PIPER LLP**

12

13  By:    /S/

14  Matthew A. Holian
   Attorney for Defendants PFIZER, INC., et al.

15

16

17  **ORDER**

18  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**

19  **SO ORDERED.**

20

21  Dated:    OCT 2 9 2009

22  Honorable Charles R. Breyer
   United States District Court

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF DIANE VANHOY

Kabateck Brown Kellner, LLP
644 South Figueroa Street
Los Angeles, California 90017
(213) 217-5000
FAX (213) 217-5010