**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL CASE NO.: 05-CV-1699** |
| BARLOW, et al., | **CASE NO. CGC-06-449081** <br> **MDL Case No. 06-1964 CRB** |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF DEBORAH A. WALDON** |
| vs. | |
| PFIZER, INC., et al. | |
| Defendants. | |

COME NOW, Plaintiff DEBORAH A. WALDON and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

1  41(a), and hereby stipulate to the dismissal of Plaintiff DEBORAH A. WALDON from this
2  action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 24, 2009          **KABATECK BROWN KELLNER LLP**

By: _____
Brian S. Kabateck, Esq.
Attorneys for Plaintiff DEBORAH A. WALDON

Dated:     October 27, 2009        **DLA PIPER LLP**

By: ____/S/_____
Matthew A. Holian
Attorney for Defendants PFIZER, INC., et al.

### ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  OCT 2 9 2009               _____
Honorable Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF DEBORAH A. WALDON**