**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA  90017
Telephone: (213) 217-5000
Facsimile:  (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA  90071
Telephone:  (213) 596-6000
Facsimile:  (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL CASE NO.: 05-CV-1699 ) ) ) |
| BARLOW, et al., | ) **CASE NO. CGC-06-449081** |
| | ) **MDL Case No. 06-1964 CRB** |
| Plaintiffs, | ) **STIPULATION AND ORDER OF** |
| | ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) **AS TO PLAINTIFF ADELE WINKOWSKI** |
| PFIZER, INC., et al. | ) |
| Defendants. | ) |

COME NOW, Plaintiff ADELE WINKOWSKI and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO PLAINTIFF ADELE WINKOWSKI**

and hereby stipulate to the dismissal of Plaintiff ADELE WINKOWSKI from this action, with prejudice, each side bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: September 29, 2009       **KABATECK BROWN KELLNER LLP**

By: _____
   Brian S. Kabateck, Esq.
   Attorneys for Plaintiff ADELE WINKOWSKI

Dated:       October 27, 2009       **DLA PIPER LLP**

By:       /S/
   Matthew A. Holian
   Attorney for Defendants PFIZER, INC., et al.

**ORDER**

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  OCT 2 9 2009       _____
   Honorable Charles R. Breyer
   United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF ADELE WINKOWSKI**