**KABATECK BROWN KELLNER LLP**
BRIAN S. KABATECK, ESQ. / BAR #152054
RICHARD L. KELLNER, ESQ. / BAR #171416
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: bsk@kbklawyers.com

**KHORRAMI POLLARD & ABIR LLP**
SHAWN KHORRAMI, ESQ. / BAR #180411
DYLAN POLLARD, ESQ. / BAR #180306
444 So. Flower Street, Thirty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: dpollard@kpalawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITigation | MDL CASE NO.: 05-CV-1699 |
| BARLOW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., et al.<br><br>Defendants. | CASE NO. CGC-06-449081<br>MDL Case No. 06-1964 CRB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF JOHNNY L. HUNT |

COME NOW, Plaintiff JOHNNY L. HUNT and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF JOHNNY L. HUNT

1  hereby stipulate to the dismissal of Plaintiff JOHNNY L. HUNT from this action, with prejudice,
2  each side bearing its own attorney's fees and costs.

4                              Respectfully submitted,

6  Dated: September __, 2009    **KABATECK BROWN KELLNER LLP**

8                              By: _____
                                Brian S. Kabateck, Esq.
9                               Attorneys for Plaintiff JOHNNY L. HUNT

11 Dated:    October 27, 2009   **DLA PIPER LLP**

13                             By: _____/S/_____
                                Matthew A. Holian
14                              Attorney for Defendants PFIZER, INC., et al.

17                             **ORDER**

18 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
19 SO ORDERED.**

21 Dated:   OCT 2 9 2009        _____
                                Honorable Charles R. Breyer
22                              United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF JOHNNY L. HUNT**

Kabateck Brown Kellner, LLP
644 South Figueroa Street
Los Angeles, California 90017
(213) 217-5000
FAX (213) 217-5010